UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRIPLE B CORPORATION, *et al.*, <br> Plaintiffs, <br> v. <br> JON WELLER, *et al.*, <br> Defendants. | No. C08-1262RSL <br><br> ORDER |

This matter comes before the Court *sua sponte*. On December 22, 2009, the Court ordered plaintiffs to deliver a courtesy copy of documents filed on December 17, 2009. Plaintiffs have now provided the necessary documents. The Order to Show Cause (Dkt. # 10) is hereby VACATED.

Dated this 23rd day of December, 2009.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER