IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRIPLE B CORPORATION d/b/a CHARLIE'S PRODUCE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JON WELLER and PETER FERREN,<br><br>　　　　Defendants. | NO. 2:08-cv-01262-RSL<br><br>ORDER GRANTING EXTENSION OF JUDGMENT<br><br>[Clerk's Action Required] |

I. JUDGMENT SUMMARY

1. Judgment Creditor:　　　　Triple B. Corporation dba Charlie's Produce

2. Attorneys for Judgment Creditor:　　　　Danial D. Pharris
　　Paul J. Spadafora
　　Lasher Holzapfel Sperry & Ebberson PLLC
　　601 Union Street, Suite 2600
　　Seattle, WA  98101-4000
　　(206) 624-1230

3. Judgment Debtors:　　　　Jon Weller

4. Original Judgment Amount:　　　　$32,008.88

5. Prejudgment Interest:　　　　$14,411.89
　　(February 17, 2008 to August 18, 2010)

ORDER GRANTING EXTENSION OF JUDGMENT 1

LASHER HOLZAPFEL SPERRY & EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

| | | |
|---|---|---|
| 6. | Attorney's Fee and Costs | $15,498.83 |
| 7. | Accrued Post-Judgment Interest:<br>(August 19, 2010 to August 5, 2020) | $111,119.39 |
| 9. | Total Amount of New Judgment | $173,038.99 |
| 10. | Interest Rate: | 18% per annum |

## II. ORDER

THIS MATTER comes before the Court on plaintiff's application for entry of an order pursuant to RCW 6.17.020(3) granting an additional ten years during which an execution may be issued on the judgment entered against Jon Weller on August 30, 2010, under United States District Court Western District of Washington Cause No. 2:08-cv-01262 RSL. The Court having considered the unopposed motion and the remainder of the record herein, finds as follows:

It is hereby ORDERED, ADJUDGED AND DECREED that plaintiff Triple B. Corporation d/b/a Charlie's Produce is granted an additional ten years during which an execution may be issued on the judgment entered against Jon Weller on August 30, 2010. The Clerk of Court is directed to enter said renewal on the Court's judgments docket as set forth in the foregoing Judgment Summary.

Dated this 31st day of August, 2020.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING EXTENSION OF JUDGMENT 2

LASHER
HOLZAPFEL
SPERRY &
EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563